Daniel M. Moreau
250 Sunset Dr.
Sedona, AZ 86336
928-451-1483

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Ft Laud

FILED RECEIVED

January 1, 2017

U.S. Bankruptcy Court
299 E Broward Blvd
Ft. Lauderdale, FL 33301-1944

RE: Case # 1525872

Your Honor:

My name is Daniel Manny Moreau, and I'm writing to you in the matter of the above referenced case, File Date 09/20/2015, Disposition Date 12/09/2015, in which I was supposed to have filed for bankruptcy in your court. I wish to dispute this matter because in fact I did not file such action. Rather, this action was filed by my nephew, Kenneth A. Synfelt, a realtor who managed certain properties titled in my name during a lengthy period of my absence from Florida from June 2012 until present. I now reside in Arizona at the above address.

Mr. Synfelt falsified documents and forged my signature, and committed other illegal acts as follows:

Acting in the name of several business entities including "Blue Sky International, LLC," "National Dynamics, LLC" and "Sapphire LLC," which he references in various documents as "The Group," Mr. Synfelt:

- Created and falsified a document purporting to my having "sold my credit" to him, including forging my signature, and using my private information to file said Bankruptcy;
- Filed said Bankruptcy application without my permission, and among other things used inaccurate information including dates I supposedly was living in Florida when in fact I was residing in Arizona.

Because of my familial relationship with Mr. Synfelt, I felt that I could trust him with routine property management, however the facts now appear that my trust was wrongly placed and he has taken grevous and illegal advantage of that trust.

I hereby appeal to this Court to take whatever action necessary to prevent Mr. Synfelt from acting in any capacity regarding this application.

Sincerely, Daniel Moreau

Daniel Moreau