**ORDERED in the Southern District of Florida on January 19, 2017.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

Case No.: **15-25872-JKO**

**Daniel Manny Moreau**,

Chapter **13**

Debtor.
_______________________________________/

**ORDER TO SHOW CAUSE REGARDING ALLEGATIONS OF FRAUDULENT FILINGS OF BANKRUPTCY PETITIONS AND DIRECTING KENNETH A. SYNFELT AND MENGJUN QIU, ESQ. TO APPEAR AT A HEARING ON FEBRUARY 14, 2017 AT 1:30 PM**

**THIS CASE** is before the court upon the filing of a Motion to Allege Fraudulent Filing by Interested Party Daniel M. Moreau [ECF 38, redacted at ECF 39] filed on January 9, 2017. It appears that the Debtor's nephew, Kenneth A. Synfelt, with the assistance of Mengjun Qiu, Esq., may have filed this case without the Debtor's knowledge or consent. Accordingly, it is hereby **ORDERED** that:

1) This case will come on for a show-cause hearing on February 14, 2017, at 1:30 p.m. in

Courtroom 301, 299 East Broward Blvd, Fort Lauderdale, FL 33301.

2) Mengjun Qiu, Esq. and Kenneth A. Synfelt are **DIRECTED** to appear at the show-cause hearing to explain the propriety of this bankruptcy case.

3) Debtor Daniel Manny Moreau, who currently resides in Arizona, may either attend this hearing in person or may make a telephonic appearance. If Debtor wishes to make a telephonic appearance, Debtor shall contact Courtroom Deputy Christina Romero at 953-769-5774 for further instruction.

# # #

Copies to:

All parties in interest, and to Debtor Daniel M. Moreau via certified mail.

Daniel M. Moreau
250 Sunset Dr.
Sedona, AZ 86336